37,925-01,02,03,04,05,06,
07,08,
09,10

Rodolfo Garcia 768418
LH.1098 S.HWY    2037
Ft.Stockton,TX.79735

Court of Criminal Appeals of Texas
P.O.BOX 12308,Capitol Station,
Austin,Texas 78711                          August 10,2015

The State of Texas Vs.Rodolfo Garcia.Cause No.2154 and 2156.

RE:   Request for Court Events and dates.

Dear Court of Criminal Appeals Clerk;

    I would like to obtain dates and write numbers approximate
and howmany 11.07 I have filed in your court.My District court
are refusing to provid me with this information that is why
I am requesting to you with all the events that I have filed
before in this Court and the numbers of the writes,please.
Thank you and I appreciated for your time.

                                    Sincerely yours,

                                    Rodolfo A.Garcia

                                    Garcia,R.#768418
                                    SID#02559852
                                    LH.1098 S.HWY 2037
                                    Ft.Stockton,TX79735

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 1 4 2015

Abel Acosta, Clerk

CC:File
Request for Court Events and dates;